FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRANT THOMAS MCADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW REMINGTON, MICHAEL TRUE, JANE SNYDER, MICHAEL J. REZNICEK, JOHN and JANE DOE(S) and RICHARD and RACHEL ROE(S),<br><br>    Defendants. | No. 4:16-cv-05133-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING IN PART AND REMANDING ACTION TO FRANKLIN COUNTY SUPERIOR COURT** |

On November 14, 2017, Magistrate Judge Mary K. Dimke filed a Report and Recommendation to Dismiss Plaintiff's First Amended Complaint. ECF No. 28.

Plaintiff, a Washington state prisoner, currently confined at the Coyote Ridge Corrections Center in Connell, Washington, is proceeding *pro se* and *in forma pauperis.* Plaintiff filed suit in Franklin County Superior Court and Defendants removed the case. Defendants then moved to dismiss the Complaint with prejudice. Magistrate Judge Dimke reviewed Plaintiff's First Amended Complaint and recommended that the federal claims be dismissed and the remaining state law claims be remanded to Franklin County Superior Court. ECF No. 28.

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING IN PART AND REMANDING ACTION TO FRANKLIN COUNTY SUPERIOR COURT ~ 1**

Plaintiff filed timely objections to Magistrate Judge Dimke's Report and Recommendation. ECF No. 30. The Court has reviewed the objections and concludes that the Report and Recommendation should be adopted in its entirety. Plaintiff's claims against Snyder and Dr. Reznicek fall outside the statute of limitation. Moreover, Plaintiff's disagreement with his medical classification does not state a constitutional claim. Plaintiff has not alleged facts that rise to the level of an Eighth Amendment violation.

Plaintiff's claims regarding the handling of the papers he received from the Washington Court of Appeals do not state valid constitutional claims; rather, these allegations at best present a claim for negligence, which is not actionable under 42 U.S.C. § 1983. He has not alleged facts to support a First Amendment retaliation claim and any claim regarding the destruction of his personal property can be addressed through state law claims.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Dimke's Report and Recommendation, ECF No. 28, in its entirety.

2. Defendants' Motion to Dismiss, ECF No. 16, is **GRANTED**, in part, and **DENIED**, in part.

3. Plaintiff's federal claims asserted in the First Amended Compliant, ECF No. 15, against the unidentified Doe and Roe Defendants are **DISMISSED without prejudice and without leave to amend**.

4. Plaintiff's federal claims asserted in the First Amended Complaint, ECF No. 15, against the Defendants Remington, True, Reznicek, and Snyder are **DISMISSED with prejudice and without leave to amend**.

//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING IN PART AND REMANDING ACTION TO FRANKLIN COUNTY SUPERIOR COURT ~ 2**

4. The Court declines to exercise supplemental jurisdiction over the remaining state law claims and **REMANDS** this action to Franklin County Superior Court.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to pro se Plaintiff and counsel.

**DATED** this 9th day of January 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING IN PART AND REMANDING ACTION TO FRANKLIN COUNTY SUPERIOR COURT ~ 3**